IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>VS.<br><br>IGNACIO VENTURA CRUEL,<br>Defendant | CRIMINAL NO. 98-124(PG) |

**MOTION REQUESTING RE-SCHEDULING OF
SENTENCING HEARING**

TO THE HONORABLE
JUAN M. PEREZ-GIMENEZ
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

COMES NOW the Defendant, IGNACIO VENTURA CRUEL, through his undersigned attorney, and respectfully states and requests:

1. The above-captioned defendant is currently scheduled to be sentenced on March 23, 2005 at 9:30 a.m.

2. The undersigned will be out of Puerto Rico from March 18 through March 27, 2005. The undersigned also has plans to be out of Puerto Rico from April 8 through April 11, 2005.

3. It is therefore requested that this matter be re-scheduled, to a date convenient to the Court and to the undersigned, and preferably after April 11, 2005.

**WHEREFORE**, it is respectfully requested that this Honorable Court re-schedule the sentencing hearing for Mr. Ventura to a date after April 11, 2005.

**Criminal No. 98-124(PG)**              2

**I CERTIFY** that a copy of this motion has been served electronically upon:

**Assistant United States Attorney Timothy Henwood**.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, March 17, 2005.

>S/Rachel Brill
>USDC No. 204803
>Attorney for the Defendant
>Suite 1113, Mercantil Plaza Building
>Ponce de Leon Avenue
>San Juan, PR  00918
>Tel. (787) 753-6131
>Fax (787) 753-7053
>E-Mail: rabrill@attglobal.net