UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**      *
                                   *
Vs.                                *     98-CR-00124-012 (PG)
                                   *
**VENTURA, IGNACIO**               *
                                   *
-------------------------------------*

## ORDER

By the Order of the Honorable Juan M. Pérez-Giménez, United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this September 29, 2005.

> **FRANCES RIOS DE MORAN**
> Clerk of the Court
>
> By: Janis Palma
> Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____