| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 98-00124-12 (PG) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ignacio Ventura | D/USVI | St. Thomas |
| Contant 74A, Apartment 2 | NAME OF SENTENCING JUDGE | |
| St. Thomas, USVI 00804 | Hon. Juan M. Pérez-Giménez | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: January 28, 2007 — TO: January 27, 2012 |

OFFENSE

21 U.S.C. § 846: Conspiracy to possess with intent to distribute at least five (5), but not more than fifteen (15) kilograms of cocaine.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____JUDICIAL____ DISTRICT OF ____PUERTO RICO____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of U.S. Virgin Islands upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4-17-07
Date

*(signature)*
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/15/07
Effective Date

*(signature)*
United States District Judge