UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767

FRANCES RIOS DE MORAN  
CLERK

TEL. (787) 772-3012  
FAX (787) 766-5693

June 14, 2007

Wilfredo Morales  
Clerk of Court  
District Court of Virgin Island

St. Thomas/St. John Division  
5500 Veterans Drive RM310  
St. Thomas, VI 00802

Re: Cr. No. 98-124-12 (PG)  
USA vs. Ventura

Dear Mr. Morales:

In accordance with the Transfer of Jurisdiction Order filed in the above-entitled case on May 24, 2007, we enclose the following documents:

1. Certified copy of Superseding Indictment filed on Dec 02, 1998 (docket # 42).

2. Certified copy of Sealed Judgment filed on Aug 19, 2005 (docket # 911).

3. Certified copy of Transfer of Jurisdiction Order filed on May 24 2007 (docket # 915).

4. Certified copy of docket sheet.

Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

FRANCES RIOS DE MORAN  
Clerk of Court

Lida Isis Egele  
Operations Manager

Enc.  
cc: Jose Soto, SUSPO